# United States District Court
## Eastern District of Wisconsin

KNUTSON BROS. DESIGN-BUILD, LLC,

        Plaintiff,

        v.

TROY FULLERTON, and
KB ROOFING & REMODELING, LLC,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 17-CV-1119

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that KBDB's claims against Troy Fullerton are hereby **DISMISSED WITH PREJUDICE** and without costs to either Party, except the Court shall retain jurisdiction to enforce the Stipulated Permanent Injunction and Order of Dismissal and the settlement agreement between the Parties.

Approved:    *s/ David E. Jones*
                      DAVID E. JONES
                      United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this 22nd day of August, 2018.

                      STEPHEN C. DRIES
                      Clerk of Court

                      *s/ K. Hubacz*
                      (By) Deputy Clerk